114

148 A.3d 741

JOSEPH M. PALLADINO, III, PLAINTIFF-PETITIONER, v. TOWNSHIP OF WATERFORD, DEFENDANT-RESPONDENT.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003652-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.